# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40624
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SALVADOR CUELLAR-RAMIREZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:13-CR-132

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed because the prior conviction of defendant in Texas court for delivery of marijuana was a drug trafficking offense, warranting the 16-level enhancement of his sentence. *United States v. Marban-Calderon*, 631 F.3d 210 (5th Cir. 2011).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.